# Court of Appeals
# of the State of Georgia

ATLANTA, June 19, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1925. SEBORIS ROBINSON BROOKS, JR. v. THE STATE.**

Seboris Robinson Brooks, Jr., was convicted of murder and other offenses and was sentenced to life in prison. The Supreme Court affirmed his convictions on direct appeal. See *Brooks v. State*, 281 Ga. 14 (635 SE2d 723) (2006). Brooks subsequently challenged his convictions by filing a "motion to set aside a void indictment," which the trial court denied. Brooks then appealed to this Court.

Under our Constitution, however, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (appeal from denial of motion attacking murder convictions as void).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  06/19/2019*
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*